1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RICHARD EDWARD RICHARDSON,

11              Petitioner,              No. CIV S-06-0499 LKK DAD P

12        vs.

13   TOM L. CAREY, Warden, et al.,

14              Respondents.              ORDER

15   _____/

16              Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not paid the required filing fee or

18   submitted an application to proceed in forma pauperis.

19              Petitioner's application for writ of habeas corpus challenges a judgment of

20   conviction entered by the Kern County Superior Court in Bakersfield, California.  Cases arising

21   in Kern County must be filed in the Fresno Division of the United States District Court for the

22   Eastern District of California.  See Local Rule 3-120(d).  An action that has not been commenced

23   in the proper division of the court may, on the court's own motion, be transferred to the proper

24   division of the court.  Accordingly, this action will be transferred to the Fresno Division of the

25   court for all further proceedings.

26   /////

1

1    Good cause appearing, IT IS HEREBY ORDERED that:

2        1.  This action is transferred to the United States District Court for the Eastern

3    District of California sitting in Fresno; and

4        2.  All future filings shall reference the new Fresno case number to be assigned

5    and shall be filed at:

6            United States District Court
            Eastern District of California
7            2500 Tulare Street
            Fresno, CA 93721

8

9    DATED: March 17, 2006.

10

11    _____

12    DALE A. DROZD
      UNITED STATES MAGISTRATE JUDGE

13

14    DAD:13:bb
      rich0499.109

15

16

17

18

19

20

21

22

23

24

25

26

2